UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VERDELLE WATSON,                              07 CV 5777 (DC)

       Plaintiff,

  -against-

THE LONG ISLAND RAILROAD COMPANY,

       Defendant.
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

1. I am over the age of eighteen and am not a party to this lawsuit.

2. I reside in New York, New York.

3. I make this Affidavit of Service pursuant to the FRCP.

4. On July 9, 2007, I mailed by United States Mail, First Class, Postage Pre-paid, together with two copies of a statement of service by mail and acknowledgment of receipt in the form prescribed by the FRCP together with a return envelope postage pre-paid addressed to the sender a copy of the annexed Summons and Verified Complaint to:

The Long Island Railroad Company
Jamaica Station
Jamaica, New York 11435
Attn: Legal Department

                                       _____
                                       Laurie A. Hockman

Sworn to before me this 9th day of July, 2007.

_____
Notary Public