UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
VERDELLE WATSON,

                      Plaintiff,                    07 CV 5777 (DLC)

  -against-                              **RULE 7.1 DISCLOSURE**

THE LONG ISLAND RAILROAD COMPANY,

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant states that Defendant is a New York State public benefit corporation organized under the laws of the State of New York. Defendant is a subsidiary of the Metropolitan Transportation Authority ("MTA"). Other subsidiaries of the MTA are MTA Metro-North Commuter Railroad, MTA New York City Transit, MTA Long Island Bus, and MTA Bridges and Tunnels.

Dated: Jamaica, New York
        July 25, 2007                                   Christopher P. Yodice (CPY-9723)