LAW OFFICES

# SABLE & GOLD

A PROFESSIONAL CORPORATION
**(212) 244-2740**

JESSE C. SABLE, P.C.
FREDRIC M. GOLD
———
THERESA MAHLSTADT
———
LAURIE HOCKMAN
LEGAL ASSISTANT

450 SEVENTH AVENUE
NEW YORK, N.Y. 10123
FAX (212) 244-2258

EDWIN CAMACHO
L. KEVIN SHERIDAN
OF COUNSEL

June 3, 2008

Honorable Judge Denny Chin
U.S.District Court
Southern District of New York
500 Pearl St.
New York, N.Y. 10007

> Re: Watson v. The LIRR
> 07 Civ 5777 (DC)

Dear Judge Chin:

As your docket will indicate, the Joint Pre Trial Order is scheduled to be filed by the parties this Friday June 6, 2008.

The parties were conferring over the past week and although all discovery has been completed, the Plaintiff has requested, and the Defendant has consented, to an on site inspection of the accident site. This inspection would be completed within the next thirty (30) days.

In light of the above the parties are requesting a thirty day extension for the time to file the Joint Pre Trial Order so that we can complete the inspection and include anything deemed necessary in the Order.

There have been no prior requests for this relief and both parties are making this request.

Your consideration to this request is appreciated by the parties.

Respectfully,

FREDRIC M. GOLD
cc: Christopher Yodice, Esq.

Approved.
SO ORDERED.

USDJ 6/4/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/08